

**FILED**

05/20/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 06-0536

IN THE SUPREME COURT OF THE STATE OF MONTANA

AF 06-0536

---

IN THE MATTER OF AN APPOINTMENT
TO THE DISTRICT COURT COUNCIL

O R D E R

---

The term of District Court Council member the Honorable Gregory Todd expires on June 30, 2021.

Pursuant to § 3-1-1602, MCA, an election was held by the Montana Judges Association and Judge Todd as re-elected as the District Court Judge, Position 2 member to the Council,

Now, therefore, I, Mike McGrath, Chief Justice of the Supreme Court of the State of Montana, in accordance with the results of said procedure, do hereby CERTIFY that the Honorable Gregory Todd was re-elected to the District Court Council as the District Court Judge, Position 2 member, to a three-year term expiring on June 30, 2024,

The Clerk is directed to provide a copy of this Order to the Montana Secretary of State, to the Honorable Gregory Todd, to each member of the District Court Council, to the State Bar of Montana, to Beth McLaughlin, Court Administrator, and to Shauna Ryan at the Office of the Supreme Court Administrator.

IN WITNESS WHEREOF I have set my hand and caused the seal of this Court to be affixed this 20th day of May, 2021.

_____
Chief Justice

**FILED**

MAY 2 0 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana